IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Robert F. Hallman #0223112
Plaintiff's Name and ID Number

V.

Sharen Wilson District Attorney
401 W. Belknap
Fort Worth, Texas 76196
Defendant's Name and Address

Katrina Shorten
7600 Woodfield
Fort Worth Texas 76112
Defendant's Name and Address

4:17CV-496-O

Robyn Hallman
7600 Woodfield
Fort Worth Texas 76112

(1)

I. Previous Lawsuits:
  A. Have you filed any other lawsuit in state or federal court relating to your imprisonment? Yes ✓   No ___

1. Approximate date of filing lawsuit May 18th 2017
2. Parties to previous lawsuit:
    Plaintiff(s) Robert F. Hallman
    Defendants:
    (a) Steve Gordon and Associates
    (b) Honorable Judge Elizabeth Beach
    (c) Leticia Martinez
    (d) Sheriff Bill Waybourn
    (e) Detectives McKee and Detective O'Neill of the Fort Worth Police Department
3. Court: U.S. District Court Northern District of Texas
4. Cause Number: 4:17-cv-00408-Y
5. Honorable Terry R. Means
6. Disposition: Still Pending
7. Approximate date of disposition May 18th, 2017

(2)

II. Place Of Present Confinement: Tarrant County Texas.

III. Exhaustion Of Grievance Procedures  ✓ Yes ___ No

IV. Parties To This Suit
   A. Name and address of plaintiff: Robert F Hallman, 100 N Lamar Fort Worth, Texas 76196
   B. Full name of each defendant, his official position, his place of employment, and his full mailing address.
      Defendant #1:
      Sharen Wilson District Attorney of Tarrant County Texas
      401 W. Belknap
      Fort Worth, Texas 76196.
      Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   (a). Defendant has violated plaintiff's civil rights under 42 U.S.C.A. § 1985(3) by conspiring with Katrina Shorten and Robyn Hallman to commit libel against the plaintiff. That resulted in false criminal accusations filed against the plaintiff. These false accusations resulted in the deprivation of the plaintiff's fourteenth amendment right, in regards to equal protection under the law, the plaintiff has suffered a violation under the eighth amendment being subjected to cruel and unusual punishment, undue and oppressive incarceration, excessive bond that continued the illegal confinement and restraint. Plaintiff has been incarcerated for sixteen months under determination of probable cause, with this public accusation hanging over the plaintiff's head. These circumstances have also caused a

(3) continued

deprivation to the sixth amendment right to have assistance of counsel. Sharen Wilson has established an alternate system in Tarrant County that completely stops public defenders, counsels from the courts appointed to represent the accused from actually doing defense work to protect the rights of the accused and ensure fairness and justice is meted out. The presumption of innocence is not maintained at all. Defendants are bullied by defense counselors instead to plea bargin deals. Forced to plead guilty, using the false conception of freedom as leverage. Lawyers have become "plea bargin specialist," rather than defenders of rights.

Sharen Wilson has deprived plaintiff of due process under the fifth and fourteenth amendment also. Plaintiff has suffered a deprivation of the first amendment right to have adequate access to the courts by setting rules in place that won't allow defendants motions to be heard or ruled on in the courts. Sharen Wilson violated plaintiff's protected interests under the constitution because plaintiff is a black male and a ex-offender.

Defendant #2 Katrina Shorten coerced plaintiff's daughter to commit libel against plaintiff with false criminal charges that deprived plaintiff of life, liberty and property. Plaintiff was working full-time and had been a full-time college student at TCC South Campus since June 1st 2015, for one calendar year. Plaintiff has suffered much pain and anxiety due to the result of Katrina Shorten's actions. Defending the plaintiff's integrity and reputation has been hard to almost impossible with such a horrible

(3)

accusation that is unsettled. Plaintiff has been launched into debt in excess of 20,000 dollars in student loans also. Defendant #3 Robyn Hallmon, knowingly and willfully committed libel against the Plaintiff, also depriving the Plaintiff of Life, Liberty and Property.

V. STATEMENT CLAIM: Sharen Wilson and Katrina Shorten and Robyn Hallmon, conspired collectively and individually to commit libel against the Plaintiff, resulting in false allegations being filed against Plaintiff. Sharen Wilson by unconstitutional application of the outcry law has deprived the Plaintiff of life, liberty and property by violating his eighth, sixth, fifth, fourteenth and first amendment right. By causing Plaintiff to be illegally confined and restrained. Sharen Wilson's discriminatory actions because of my race has further caused a deprivation of my rights and being an ex-offender.

VI. Relief: State briefly exactly what you want the court to do for you
(a) an investigation
(b) justice served
(c) relief from illegal confinement and restraint
(d) fair compensation

VII. General Background Information:
A. State in complete form, all names you have ever used or been known by including any and all aliases.
    Robert Fitzgerald Hallmon, Jr.

B. List all TDCJ-CID identification numbers you have

(4)

EVER BEEN assigned, and all other state or federal prison or FBI numbers ever assigned to you.
(a) 561478
(b) 882490
(c) present county jail ID # 0823112

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ Yes _✓_ No

EXECUTED ON: June 13th 2017
          Date


                                   Robert F Wallman
                                   Signature of Plaintiff


## Plaintiff's Declaration

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an in forma pauperis lawsuit if I have brought three or more

(5) continued

civil actions or appeals (from a judgement in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without pre payment of costs, I am responsible for the entire filing fee and costs assessed by the court which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed 13th day of June 2017

Robert J Hallman
Signature of Plaintiff

Robert F. Holliman 2023112
1001 N. Lamar
Fort Worth, Texas

RECEIVED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX
FT WORTH DIVISION

2017 JUN 19 PM 2: 23

CLERK OF COURT

United States District Court
Office of the Clerk
Northern District of Texas
501 W. 10th Street, Room 310
Fort Worth, TX 76102

LEGAL MAIL




Robert F Holloway #2363763
1801 I Lamber
Fort Worth, Texas

RECEIVED
U.S. DISTRICT COURT
NORTHERN
WORTH

2017 JUN 19 PM 2:23

CLERK OF COURT

United States District Court
Office of the Clerk
Northern District of Texas
501 West Tenth St Room 310
Fort Worth TX 76102

LEGAL MAIL



